HARRINGTON, FOXX, DUBROW & CANTER, LLP
DALE B. GOLDFARB, State Bar No. 65955
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 489-4253
kmcnamara@hfdclaw.com

Attorneys for Defendant, CLARENDON
NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCADIAN CARE CENTERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CLARENDON NATIONAL INSURANCE COMPANY, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C-06-7096 MHP<br><br>Judge Marilyn H. Patel<br>Department 15<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER EXTENDING MEDIATION COMPLETION DATE AND CONTINUING JANUARY 28, 2008 STATUS CONFERENCE** |

WHEREAS, Plaintiff OCADIAN CARE CENTERS, LLC ("OCADIAN") contends that its insurer, Defendant CLARENDON NATIONAL INSURANCE COMPANY ("CLARENDON") mishandled its workers' compensation claims. CLARENDON denies these contentions.

WHEREAS, approximately 24 workers' compensation claim files are at issue in this matter, and those files consist of over 35,000 pages of documents;

WHEREAS the parties have propounded and responded to multiple sets of written discovery;

WHEREAS the parties negotiated and submitted a protective order governing production of documents in this case, which was approved by the Court and entered on April 12, 2007;

WHEREAS the parties have produced thousands of pages of documents to date;

WHEREAS the parties are currently engaged in meet and confer efforts to resolve CLARENDON's concerns regarding plaintiff's discovery responses and objections;

WHEREAS CLARENDON is unable to determine what persons it wishes to depose, if any, before mediation until the outstanding discovery disputes are resolved;

WHEREAS the parties anticipate the corporate designee deposition of CLARENDON proceeding in January, 2008;

WHEREAS the parties have agreed upon a mediator and are working together to solidify a date in March, 2008 for mediation;

WHEREAS the Court set a mediation completion date of December 31, 2007, and a Status Conference for January 28, 2008 at 2:00 p.m.; and

WHEREAS the volume of documents at issue in this case, the number of at-issue claim files, and the analysis and discovery related to the parties' claims and defenses

1  will make it difficult for the parties to effectively mediate this case prior to December
2  31, 2007.

   IT IS HEREBY STIPULATED AND AGREED by and between OCADIAN and CLARENDON, through their respective counsel of record, that:

   1. The Court, in its discretion, should extend the mediation completion date from December 31, 2007 to April 15, 2007;

   2. The Court, in its discretion, should continue the January 28, 2008 Status Conference to April 28, 2008 at 4:00 ~~2:00~~ p.m.

DATED: 11/15/07        ROXBOROUGH, POMERANCE & NYE LLP

                       By: _____
                       DAVID R. GINSBURG
                       Attorneys for Plaintiff, OCADIAN CARE CENTERS, LLC

DATED: 11/15/07        HARRINGTON, FOXX, DUBROW & CANTER, LLP

                       By: _____
                       KEVIN P. McNAMARA
                       Attorneys for Defendant, CLARENDON NATIONAL INSURANCE COMPANY

## ORDER

Having considered the information provided in this Stipulation, and good cause having been shown, the mediation completion date is continued from December 31, 2007 to April 15, 2008. The January 28, 2008 Status Conference is continued to April 28, 2008 at ~~2:00~~ 4:00 p.m.

Dated: 11/20/2007



IT IS SO ORDERED

Judge Marilyn H. Patel
United States District Court